1  Thimesch Law Offices
   TIMOTHY S. THIMESCH, Esq. (No. 148213)
2  158 Hilltop Crescent
   Walnut Creek, CA 94597-3452
3  Tel: 925/588-0401

4  Attorneys for Plaintiff
   CRAIG YATES

5

6

7

8                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
9

10  CRAIG YATES,                        CASE NO. CV10-4144 MEJ
                                        Civil Rights
11        Plaintiff,

12  v.                                  **REQUEST FOR DISMISSAL WITH
                                        RETAINED JURISDICTION TO
13  PRIME RIB SHABU RESTAURANT;         INTERPRET AND ENFORCE THE
    KORY VENTURES, INC.; XYLO, LLC;     SETTLEMENT AGREEMENT; [Proposed]
14  BENITO QUAN; ALICE QUAN; and        ORDER**
    DOES 1 through 50, Inclusive,
15
          Defendants.
16

17

18  _____/

19

20        Plaintiff' CRAIG YATES and Defendants PRIME RIB SHABU RESTAURANT; KORY

21  VENTURES, INC.; XYLO, LLC; BENITO QUAN; and ALICE QUAN are pleased to report

22  they have reached a complete settlement between themselves in all respects, including Plaintiff's

23  claims for injunctive relief, statutory damages, and reasonable statutory attorney fees, litigation

24  expenses and costs.  Plaintiff requests that the Court enter a dismissal of the action with prejudice,

25  with the Court maintaining continuing jurisdiction to interpret and enforce the settlement

26  ////

27

28

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Request for Dismissal With Retained Jurisdiction; Order: Case No. CV10-4144 MEJ

1   agreement.

2

3   Dated: May 10, 2011                    THIMESCH LAW OFFICES
                                           TIMOTHY S. THIMESCH, ESQ.
4
                                           /s/ Signature Authorized
5                                          Attorneys for Plaintiff
                                           CRAIG YATES
6

7   **APPROVED AS TO FORM:**

8   Dated: May 10, 2011                    JEFFREY H. BELOTE
                                           ANDREA BEDNAROVA
9
                                           /s/ Signature Authorized
10                                         Attorneys for Defendants PRIME RIB SHABU
                                           RESTAURANT; KORY VENTURES, INC.;
11                                         XYLO, LLC; BENITO QUAN; and ALICE QUAN

12

13                                       **ORDER**

14  SO ORDERED.

15

16
          May 17, 2011
17  Dated:

                                         MARIA-ELENA JAMES
18                                       MAGISTRATE JUDGE
                                         U.S. DISTRICT COURT
19

20

21

22

23

24

25

26

27

28

**Request for Dismissal With Retained Jurisdiction; Order: Case No. CV10-4144 MEJ**                — 2 —